# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARNEGIE MELLON UNIVERSITY, )
UNIVERSITY OF PITTSBURGH OF THE )
COMMONWEALTH SYSTEM OF HIGHER )     **2:09-cv-215**
EDUCATION, )
        Plaintiffs, )
    v. )
  )
WESTRIDGE CAPITAL MANAGEMENT, INC., )
WG TRADING COMPANY LIMITED )
PARTNERSHIP, WESTRIDGE CAPITAL )
MANAGEMENT ENHANCEMENT FUNDS, INC., )
WG TRADING INVESTORS, LP, PAUL )
GREENWOOD, STEPHEN WALSH, JACK )
ELDRED REYNOLDS, JAMES CARDER and )
DEBORAH DUFFY, )
        Defendants. )


## TEMPORARY RESTRAINING ORDER


AND NOW, this 20th day of February 2009, upon consideration of PLAINTIFFS'

MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY

INJUNCTION (Document No. 2) and affidavits, and after hearing in person or by telephone on

this date from counsel for all parties except for Deborah Duffy and Westridge Capital

Management Enhancement Funds, Inc., as well as counsel for non-party United States

Commodity Futures Trading Commission ("CFTC"),[1] the Court finds that the standards set forth

in Fed. R. Civ. P. 65 have been met except as to Defendants Jack Eldred Reynolds, James Carder

and Deborah Duffy, and therefore, it is hereby ORDERED, ADJUDGED and DECREED that

PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR

PRELIMINARY INJUNCTION (Document No. 2) is **GRANTED IN PART** as follows:

---

[1]The Court acknowledges that counsel for Defendants appeared specially for the purpose
of this Temporary Restraining Order proceeding.

1.      Effective immediately, Defendants Westridge Capital Management, Inc., WG

Trading Company Limited Partnership, Westridge Capital Management Enhancement Funds,

Inc., WG Trading Investors, LP, Paul Greenwood, and Stephen Walsh, and any other person

acting on behalf of any of them, are prohibited from soliciting or accepting any customer or pool

participant funds or placing trades for any pools that they operate or accounts that they own or

control or which are held in any of their names, except for liquidation of existing positions;

2.      Effective immediately, Defendants Westridge Capital Management, Inc., WG

Trading Company Limited Partnership, Westridge Capital Management Enhancement Funds,

Inc., WG Trading Investors, LP, Paul Greenwood, and Stephen Walsh and any other person

acting on behalf of any of them are prohibited from disbursing or transferring any funds (other

than to margin existing positions or for payment of normal and reasonable business operating

expenses and payroll for employees other than Greenwood and Walsh) from any accounts (bank,

trading, or any other types of accounts, including but not limited to securities, and any other

investment instruments or investment vehicles or loan agreements) which any of them owns or

controls (including customer and pool accounts) or which are held in any of their names, without

prior approval from the National Futures Association ("NFA") or the Court.

3.      With the exception of normal and reasonable household and personal living

expenses and attorney fees, costs and expenses, Defendants Paul Greenwood and Stephen Walsh

are prohibited from concealing, transferring, disposing, gifting, encumbering, selling, liquidating

or conveying any interest in any real or personal property in which said Defendant has any

ownership or other legal or equitable interest, including, without limitation, any and all assets of

the individual Defendants held in any financial institution.  Any financial institution, or any other

person or entity served with a copy of this Order, shall for the pendency of this Action or until further order of Court, hold and retain within such entity's or person's control, and prohibit the withdrawal, removal, assignment, transfer, pledge, hypothecation, encumbrance, disbursement, dissipation, conversion, sale, liquidation or other disposal of any assets held by or under such entity's or person's control: (a) on behalf of, or for the benefit of said Defendant(s); (b) in any account maintained in the name of, or subject to withdrawal by said Defendant(s); or (c) that are subject to access or use by, or under the signatory power of, said Defendant(s);

4.    Defendants Westridge Capital Management, Inc., WG Trading Company Limited Partnership, Westridge Capital Management Enhancement Funds, Inc., WG Trading Investors, LP, Paul Greenwood, and Stephen Walsh are prohibited from destroying, mutilating, concealing or disposing of any books and records, documents, correspondence, brochures, manuals, electronically stored data or tape records of the Defendants, wherever located.  To the extent that said Defendants have heretofore produced business documents and/or records to any government or regulatory agency, including NFA, within the preceding six months, a copy of said documents and/or records shall be produced to Plaintiffs on or before Monday, March 2, 2009.  Hereafter, during the course of this litigation said Defendants shall simultaneously produce to Plaintiffs a copy of any and all business documents and/or records produced to any government or regulatory agency;

5.    The Court takes under advisement the request of Plaintiffs and a number of Defendants to appoint a Receiver.  Counsel for the parties shall confer with one another and consult with any interested government agencies, including the CFTC, in an effort to agree upon the appointment of a named Receiver and the duties to be assumed by such Receiver.  Counsel

3

shall file an appropriate motion or report to the Court regarding this aspect of the matter on or before Monday, March 2, 2009.

6.      Without any objection from counsel for Defendants who participated in this proceeding, the requirement for Plaintiffs to post a bond is waived at this time.

7.      An evidentiary hearing on this Temporary Restraining Order is scheduled on Thursday, March 5, 2009 at 9:00 a.m.

BY THE COURT:

s/  Terrence F. McVerry
United States District Court Judge

cc:     (The Court does not have email addresses for all counsel who participated in the hearing.)

Counsel for Plaintiffs
Jack B. Cobetto - jcobetto@reedsmith.com
Michael Lowenstein
Natalie Moritz

Counsel for Westridge Capital Management, Inc. and James Carder
Chris O'Connell - coconnell@pmcos.com
Richard Klark - rfk@kapkatlaw.com

Counsel for Jack Eldred Reynolds
John Siffert  - jsiffert@lswlaw.com
William Wycoff - wwycoff@thorpreed.com

Counsel for Paul Greenwood
Robert Jossen - robert.jossen@dechert.com
Matthew Lang

Counsel for Stephen Walsh
Robert Smith - rsmith@maglaw.com
 Richard Weinberg - rweinberg@maglw.com

Counsel for WG Trading Company Limited Partnership and WG Trading Investors, LP
Alan Levine - alevine@cooley.com
William O'Brien
Scott Pashman

Counsel for CFTC
Joan Manley - jmanley@cftc.gov